**Opinion issued May 4, 2017**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-16-00900-CV

_____

## IN RE FRANCISCO GUERRA IV, JOHN HUNTER CRAFT, AND DAVID WATTS, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators seek mandamus relief to compel the trial court to vacate its order disqualifying Mikal C. Watts and Francisco Guerra IV from acting as relators' counsel at trial and to deny the motion to disqualify filed by real parties in interest.*

---

\*      The underlying case is *Thim T. Nguyen v. John Cracken, The Cracken Law Firm, P.C., Bob Hilliard, and Hilliard Munoz Gonzales, LLP, Robert C. Hilliard, LLP, John Hunter Craft, Francisco "Frank" Guerra IV, Duncan Litigation Investments, LLC, and Max Duncan,* cause number 2016-13749, consolidated with *John Phuc Duong, et al. v. John Cracken, The Cracken Law Firm, P.C., Bob Hilliard, and*

We deny the petition. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Massengale.

*Hilliard Munoz Gonzales, LLP, Robert C. Hilliard, LLP, John Hunter Craft, Francisco "Frank" Guerra IV, Duncan Litigation Investments, LLC, and Max Duncan*, cause number 2016-36263, pending in the 55th District Court of Harris County, Texas, the Honorable Jeff Shadwick presiding.